**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MSP RECOVERY CLAIMS, SERIES 44 LLC, a Delaware entity, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 1:22-CV-05054 |
| ZURICH AMERICAN INSURANCE COMPANY, an Illinois company, | ) ) ) | Judge Steven C. Seeger |
| Defendant. | ) | |

**<u>DEFENDANT'S SUPPLEMENTAL RESPONSE IN SUPPORT OF RULE 41 MOTION</u>**

In response to the Court's Orders [Doc. Nos. 35, 36 and 37], Defendant Zurich American Insurance Company hereby submits this response. There is no daylight between all of the various "MSP" entities. All of the companies are affiliates and the assets and records are all jointly maintained. Thus, for purposes of Defendant's Rule 41 motion, it makes no difference that the plaintiff in the previous Florida actions was MSP Recovery Claims, Series LLC, and the named plaintiff here is MSP Recovery Claims Series 44, LLC. MSP Recovery Claims, Series LLC brought and voluntarily abandoned six complaints in Florida, which included the claims being prosecuted here, only to transfer them first to Series 16 and then to Series 44, which filed this action. If Rule 41 were not applied to subsequent lawsuits brought by corporate affiliates that contain the same claims as the earlier lawsuits, litigants would be incentivized to set-up a shell game and eviscerate the purpose Rule 41 is intended to serve.

**MSP Recovery Inc.** – MSP Recovery Inc. is a publicly traded company. *See* Exhibit A (excerpt of MSP Recovery Inc. Form 10-Q filed November 10, 2022; Exhibit B (MSP Recovery Inc. Form NT 10-K, filed March 31, 2023).

**MSP Recovery, LLC.** – MSP Recovery Inc. is the sole owner of MSP Recovery, LLC. *See* Exhibit A ("As a result of the Business Combination, the Company became the sole managing member of MSP Recovery, LLC").

**MSP Recovery Claims, Series LLC** – MSP Recovery Claims, Series LLC and MSP Recovery, LLC are corporate affiliates. Exhibit C. *See MSP Recovery Claims, Series LLC v. AIG Prop. Cas. Co.*, No. 20-cv-02102 (S.D.N.Y.), ECF No. 55-16 at 1 ("…MSP Recovery Claims, Series LLC, a Delaware Limited Liability Company, and its affiliated entity MSP Recovery, LLC, a Florida Limited Liability Company…); *MSP Recovery Claims, Series LLC v. AIG Prop. Cas. Co.*, 2021 WL 1164091, at n. 21 (S.D.N.Y. Mar. 26, 2021), *reconsideration denied*, 2021 WL

3371621 (S.D.N.Y. Aug. 2, 2021) (referring to MSP Recovery, LLC as "another Plaintiff-affiliated entity); *MSP Recovery Claims, Series LLC v. Farmers Ins. Exch.*, 2018 WL 5086623, at *4 (C.D. Cal. Aug. 13, 2018) (the second amended complaint substituted one of the original named plaintiffs, MSP Recovery, LLC, with current plaintiff MSP Recovery Claims, Series LLC).

**MSP Recovery Claims Series 44, LLC** – MSP Recovery Claims, Series LLC sets up, owns, and routinely asserts that it has the rights to maintain the right to sue on behalf of each series and pursue any and all rights, benefits, and causes of action arising from assignments to a series. *See, e.g.*, Complaint ¶¶ 27-28; Exhibit D (excerpt of *MSP Recovery Claims, Series LLC v. Merchants Mut. Ins. Co.*, No. 1:19-cv-524 (W.D.N.Y.) ECF No. 19 at ¶ 54 ("MSP Recovery Claims, Series LLC has **established various designated series**.... All designated series form a part of MSP Recovery Claims, Series LLC and pursuant to MSP Recovery Claims, Series LLC's limited liability agreement and applicable amendment(s**)**, each designated series will be owned and controlled by the MSP Recovery Claims, Series LLC.... MSP Recovery Claims, Series LLC will maintain the right to sue on behalf of each series and pursue any and all rights, benefits, and causes of action arising from assignments to a series."); Exhibit E (excerpt of *MSP Recovery Claims, Series LLC v. Farmers Ins. Exch.*, No. 2:17-cv-02522 (C.D. Cal.), ECF No. 78 at ¶¶ 45-46 ("Numerous MAOs have assigned their recovery rights to assert the causes of action alleged in this Complaint to designated series LLCs of the Plaintiff, and Plaintiff maintains the legal right, by and through its limited liability company agreement, to sue on behalf of each of its designated series LLCs."); Exhibit F (excerpt of *MSPA Claims 1, LLC v. Liberty Mut. Fire Ins. Co.*, No. 1:17-cv-22539 (S.D. Fla.), ECF No. 102 at ¶¶ 28-29 ("MSPRC's limited liability company agreement provides for the establishment of one or more specific Series.... MSPRC owns and controls all Series interests and all claims transferred from the relevant Assignors."). MSP Recovery Claims,

Series LLC further asserts that any claim or suit may be brought by the MSP Recovery Claims, Series LLC in its own name or it may elect to bring suit in the name of its designated series. *See, e.g.*, Exhibit D ¶ 54. All records of all Series are maintained together with all assets of MSP Recovery Claims, Series LLC. *See, e.g.*, Exhibit D ¶ 53; Exhibit F ¶ 28.

Dated: May 17, 2023

By: */s/ Jeffrey R. Tone*

> Jeffrey R. Tone
> Katten & Temple LLP
> 209 S. LaSalle St., Suite 950
> Chicago, IL 60604
> 312-663-4400
> Jtone@kattentemple.com
>
> Michael Menapace (pro hac vice)
> Wiggin and Dana LLP
> 20 Church Street
> Hartford, CT 06103
> (860) 297-3733
> mmenapace@wiggin.com
>
> *Counsel for Defendant Zurich American Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jeffrey R. Tone*
Jeffrey R. Tone