# EXHIBIT B

NT 10-K 1 d459509dnt10k.htm NT 10-K

---

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

## FORM 12b-25

---

### NOTIFICATION OF LATE FILING

001-39445
(Commission File Number)

| | |
|---|---|
| *(Check one):* | ☒ Form 10-K ☐ Form 20-F ☐ Form 11-K ☐ Form 10-Q |
| | ☐ Form 10-D ☐ Form N-CEN ☐ Form N-CSR |

For Period Ended: December 31, 2022

☐ Transition Report on Form 10-K
☐ Transition Report on Form 20-F
☐ Transition Report on Form 11-K
☐ Transition Report on Form 10-Q

For the Transition Period Ended:

---

**Nothing in this form shall be construed to imply that the Commission has verified any information contained herein.**

---

If the notification relates to a portion of the filing checked above, identify the Item(s) to which the notification relates:

---

### PART I — REGISTRANT INFORMATION

## MSP Recovery, Inc.
Full Name of Registrant

Former Name if Applicable: N/A

| | |
|---|---|
| 2710 Le Jeune Road<br>Floor 10<br>Coral Gables, Florida<br>(Address of principal executive offices) | 33134<br>(Zip Code) |

### PART II — RULES 12b-25(b) AND (c)

If the subject report could not be filed without unreasonable effort or expense and the registrant seeks relief pursuant to Rule 12b-25(b), the following should be completed. (Check box if appropriate)

☐ (a) The reason described in reasonable detail in Part III of this form could not be eliminated without unreasonable effort or expense;

☒ (b) The subject annual report, semi-annual report, transition report on Form 10-K, Form 20-F, Form 11-K, Form N-CEN or Form N-CSR, or portion thereof, will be filed on or before the fifteenth calendar day following the prescribed due date; or the subject quarterly report or transition report on Form 10-Q or subject distribution report on Form 10-D, or portion thereof, will be filed on or before the fifth calendar day following the prescribed due date; and

☐ (c) The accountant's statement or other exhibit required by Rule 12b-25(c) has been attached if applicable.

## PART III — NARRATIVE

State below in reasonable detail why Forms 10-K, 20-F, 11-K, 10-Q, 10-D, N-CEN, N-CSR, or the transition report or portion thereof, could not be filed within the prescribed time period.

MSP Recovery, Inc. (the "Company") is unable to file its Annual Report on Form 10-K for the period ended December 31, 2022 (the "Form 10-K") within the prescribed time period without unreasonable effort and expense, because management needs additional time to finalize and analyze the disclosure in its Form 10-K. The Company is currently negotiating amendments to certain material agreements and evaluating the accounting and related disclosures in the Form 10-K. The Company currently anticipates that it will file its Form 10-K within the time period proscribed in Rule 12b-25 promulgated under the Securities Exchange Act of 1934.

## PART IV — OTHER INFORMATION

(1) Name and telephone number of person to contact in regard to this notification

| Alexandra Plasencia | 305 | 614-2222 |
|---|---|---|
| (Name) | (Area Code) | (Telephone Number) |

(2) Have all other periodic reports required under Section 13 or 15(d) of the Securities Exchange Act of 1934 or Section 30 of the Investment Company Act of 1940 during the preceding 12 months or for such shorter period that the registrant was required to file such report(s) been filed? If answer is no, identify report(s).   ☒ Yes   ☐ No

(3) Is it anticipated that any significant change in results of operations from the corresponding period for the last fiscal year will be reflected by the earnings statements to be included in the subject report or portion thereof?   ☐ Yes   ☒ No

If so, attach an explanation of the anticipated change, both narratively and quantitatively, and, if appropriate, state the reasons why a reasonable estimate of the results cannot be made.

**MSP Recovery, Inc.**
(Name of Registrant as Specified in Charter)

has caused this notification to be signed on its behalf by the undersigned hereunto duly authorized.

Date:   March 31, 2023                                By:   /s/Calvin Hamstra
                                                                                Name: Calvin Hamstra
                                                                                Title: Chief Financial Officer