## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MSP Recovery Claims Series 44, LLC

                                        Plaintiff,

v.                                                             Case No.: 1:22–cv–05054
                                                                                Honorable Steven C. Seeger

Zurich American Insurance Company

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 16, 2023:

       MINUTE entry before the Honorable Steven C. Seeger: Defendant's motion for leave to file the notice of affiliates and disclosure statement (Dckt. No. [41]) is hereby granted. Mailed notice.(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.